# United States District Court
# Eastern District of California

Paula Valentina Albornoz Hernandez

Plaintiff(s)

V.

Warden/Facility Administrator et al.

Defendant(s)

Case Number: 1:26-cv-09063-DC-JDP

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kimberly R. Schertz hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Petitioner/Plaintiff Paula Valentina Albornoz Hernandez

On 11/02/2026 (date), I was admitted to practice and presently in good standing in the all courts of New York State (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/02/2026

Signature of Applicant: /s/ Kimberly Schertz

**Pro Hac Vice Attorney**

Applicant's Name: Kimberly R. Schertz

Law Firm Name: Centro Legal de la Raza

Address: 3400 E. 12th Street

City: Oakland State: CA Zip: 94601

Phone Number w/Area Code: (510) 900-3913

City and State of Residence: Oakland, California

Primary E-mail Address: kschertz@centrolegal.org

Secondary E-mail Address: kimberly.r.schertz@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jazmin Preciado

Law Firm Name: Centro Legal de la Raza

Address: 3400 E. 12th Street

City: Oakland State: CA Zip: 94601

Phone Number w/Area Code: (510) 269-1251 Bar # 342328

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 4, 2026

Dena Coggins
United States District Judge